# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**JOAN T. SCHRADER**

     vs.                           **CASE NUMBER: 5:08-CV-119**
                                               **(FJS/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini is hereby accepted in its entirety.  This matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). Judgment is hereby entered in favor of the Plaintiff and this action is closed.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Frederick J. Scullin, Jr., dated the 27th day of December, 2010.

DATED: December 27, 2010

Clerk of Court

_____
               s/
Melissa Ennis
Deputy Clerk