# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

_____

**JOAN T. SCHRADER**

      vs.                             **CASE NUMBER: 5:08-CV-119**
                                                             (FJS/VEB)

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Victor E. Bianchini is hereby accepted in its entirety.  This matter is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). Judgment is hereby entered in favor of the Plaintiff and this action is closed.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Equal Access to Justice Act Plaintiff is awarded attorney fees in the amount of $7,080.00 and costs in the amount of $14.34.  Fees are to be paid directly to Plaintiff's counsel provided that Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

All of the above pursuant to the Orders of the Honorable Senior United States District Judge Frederick J. Scullin, Jr., dated the 27th day of December, 2010 and the 23rd day of March, 2011.

DATED: March 23, 2011

                                                  *[signature]*
                                                  Clerk of Court

                                                  s/ _____
                                                  Melissa Ennis
                                                  Deputy Clerk